Nadia P. Bermudez, Bar No. 216555
Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com
pgoode@klinedinstlaw.com

Attorneys for Defendant
ALERE INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, as an individual, and on behalf of the putative class,<br><br>  Plaintiff,<br><br>v.<br><br>KENTECH CONSULTING, INC., a foreign corporation doing business in California; ALERE, INC., a foreign corporation doing business in California; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.  3:16-cv-00662-DMS-WVG<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT ALERE INC.'S RULE 12(b) MOTION TO DISMISS**<br><br>Date:   July 1, 2016<br>Time:   1:30 pm<br>Courtroom:  13A (Sabraw)<br>Judge:   Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. William V. Gallo<br>Complaint Filed: 3/17/16<br>Trial Date:  None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 1, 2016, at 1:30 pm in Courtroom 13A in the above-entitled Court located at 333 West Broadway, San Diego, California 92101, Nadia P. Bermudez on behalf of Defendant ALERE INC. will and hereby does move the Court to dismiss Plaintiff VIRGINIA ABROGINA's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b) because Plaintiff fails to state a claim upon which relief can be granted as to

Defendant Alere Inc. and because Plaintiff lacks standing and therefore lacks subject-matter jurisdiction.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Nadia P. Bermudez filed herewith; the Request for Judicial Notice filed herewith; the papers, records, and pleadings on file in this action; and upon such evidence and argument as may be presented before or at the hearing on this matter.

KLINEDINST PC

DATED: May 27, 2016    By:  s/ Nadia P. Bermudez
                            Nadia P. Bermudez
                            Patrick J. Goode II
                            Attorneys for Defendant
                            ALERE INC.

16649962v1