Nadia P. Bermudez, Bar No. 216555
Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com
pgoode@klinedinstlaw.com

Attorneys for Defendant
ALERE INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, as an individual, and on behalf of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>KENTECH CONSULTING, INC., a foreign corporation doing business in California; ALERE, INC., a foreign corporation doing business in California; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   3:16-cv-00662-DMS-WVG<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT ALERE INC. TO STAY LITIGATION**<br><br>Date:             July 1, 2016<br>Time:            1:30 pm<br>Courtroom:   13A (Sabraw)<br>Judge:           Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. William V. Gallo<br>Complaint Filed: March 17, 2016<br>Trial Date:    None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 1, 2016, at 1:30 pm in Courtroom 13A, in the above-entitled Court located at 333 West Broadway, San Diego, CA 92101, Nadia P. Bermudez on behalf of Defendant ALERE INC. will and hereby does move the Court, pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and the Court's inherent powers, to stay litigation in the above-entitled matter pending the resolution of issues currently arbitrated by

1  Plaintiff Virginia Abrogina against a non-party Suna Solutions, Inc. in the interest
2  of judicial economy and to minimize the possibility of inconsistent results.
3      This motion is based on this Notice of Motion and Motion; the
4  Memorandum of Points and Authorities filed herewith; the Declaration of Nadia P.
5  Bermudez filed herewith; the Request for Judicial Notice filed herewith; the
6  papers, records, and pleadings on file in this action; and upon such evidence and
7  argument as may be presented before or at the hearing on this matter.

                              KLINEDINST PC

DATED: May 27, 2016        By:  s/ Nadia P. Bermudez
                                               Nadia P. Bermudez
                                               Patrick J. Goode II
                                               Attorneys for Defendant
                                               ALERE, INC.

16649890v1