# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, as an individual, and on behalf of the putative class,<br><br>    Plaintiff,<br><br>  v.<br><br>KENTECH CONSULTING, INC., a foreign corporation doing business in California; ALERE, INC., a foreign corporation doing business in California; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  3:16-cv-00662-DMS-WVG<br><br>**ORDER GRANTING MOTION OF DEFENDANT ALERE INC. TO STAY LITIGATION** |

**ORDER**

This matter comes before the Court on Defendant Alere Inc.'s motion to stay this litigation. The motion is unopposed. Based on the parties' briefs, the Court hereby GRANTS Defendant ALERE INC.'s Motion to Stay Litigation pending the resolution of issues currently arbitrated by Plaintiff VIRGINIA ABROGINA against a non-party, Suna Solutions, Inc. The Clerk of Court shall administratively close this case while the arbitration proceedings are underway. Counsel shall apply to lift the stay upon completion of the arbitration, and at that time should be prepared to advise the Court how they wish to proceed.

IT IS SO ORDERED.

Dated: 6/28/16

JUDGE OF THE UNITED STATES DISTRICT COURT