UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, individually, and as a representatives of the class,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>KENTECH CONSULTING, INC. *et al.*<br><br>　　　　　Defendants. | CASE NO.: 3:16-CV-00662 DMS-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY** |

This case comes before the Court on Plaintiff's motion to lift the stay in this case. No party has filed an opposition to the motion, and the time for doing so has expired. Good cause appearing, the Court finds good cause to lift the stay, and thus grants Plaintiff's motion. On or before **July 2, 2021**, the parties shall file a joint motion for dismissal of Plaintiff's claims against Defendants Alere and Suna, and Defendant Kentech shall file its response to the First Amended Complaint.

**IT IS SO ORDERED**.

Dated: June 18, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　　United States District Court

CASE NO.: 316-CV-00662 DMS (WVG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28