**DHF LAW, P.C.**
Devin H. Fok, Esq. (SBN #256599)
　　devin@devinfoklaw.com
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Phone: (888) 651-6411
Fax: (818) 484-2023

**LAW OFFICE OF JOSEPH LEE**
Joseph Lee, Esq. (SBN#249435)
　　joseph@lawjoelee.com
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Phone: (626) 474-1120
Fax: (626) 899-4788

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, individually, and as a representatives of the class,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>KENTECH CONSULTING, INC. *et al.*<br><br>　　　　Defendants. | CASE NO.: 3:16-CV-00662 DMS-WVG<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS AGAINST ALERE WITH PREJUDICE AND DISMISSAL OF CLASS CLAIMS AGAINST ALERE WITHOUT PREJUDICE**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Hearing Date: June 25, 2021<br>Time: 1:30pm<br>Location: Courtroom 13A |

Plaintiff Virginia Abrogina and Alere, Inc., by through their counsel, hereby stipulate and jointly move for a dismissal of Plaintiff's individual claims against Alere WITH PREJUDICE and dismissal of class claims against Alere WITHOUT PREJUDICE pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear his/its own costs and attorneys' fees.

DATED: June 24, 2021                    Respectfully submitted,

**LAW OFFICE OF JOSEPH LEE**

By:  /s/ Joseph Lee
     Joseph Lee

DHF LAW, P.C.
Devin Fok
Attorneys for Plaintiff

**KLINEDINST PC**

By:  /s/ Nadia P. Bermudez
     Nadia Bermudez
     Attorney for Defendant Alere, Inc.

## E-FILING ATTESTATION

By his signature below, counsel for Plaintiff attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document and any document e-filed concurrently herewith.

DATED: June 24, 2021                    **LAW OFFICE OF JOSEPH LEE**

                                        By: ___/s/ Joseph Lee_____
                                            Joseph Lee

19648673.1