# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, individually, and as a representatives of the class,<br><br>Plaintiffs,<br>vs.<br><br>KENTECH CONSULTING, INC. *et al.*<br><br>Defendants. | CASE NO.: 3:16-CV-00662 DMS-WVG<br><br>ORDER GRANTING PLAINTIFF'S AND ALERE'S JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS AGAINST ALERE WITH PREJUDICE AND DISMISSAL OF CLASS CLAIMS AGAINST ALERE WITHOUT PREJUDICE |

WHEREAS, the Plaintiff and Defendant Alere, Inc. ("Alere") have stipulated and jointly moved for a dismissal of claims against Alere pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear his/its own costs and attorneys' fees.

WHEREAS, the only Defendant remaining in this action will be Kentech, Inc.

IT IS SO ORDERED that Plaintiff's and Alere's Joint Motion for Dismissal of Plaintiff's Individual Claims Against Alere WITH PREJUDICE and Dismissal of Class Claims Against Alere WITHOUT PREJUDICE is granted.

Dated: June 24, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

CASE NO.: 316-CV-00662 DMS (WVG)

19648667.1

2

Case No. 2:19-CV-05184-SVW-GJS
[Proposed] Order Granting Continuance of Trial Date