TROUTMAN PEPPER HAMILTON SANDERS LLP
Jessica Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092
Telephone: (858) 509-6000
Facsimile: (858) 509-6040

Cindy D. Hanson (admitted *pro hac vice*)
cindy.hanson@troutman.com
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: (404) 885-3830
Facsimile: (404) 885-3900

Attorneys for Defendant
backgroundchecks.com, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, as an individual, and on behalf of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>KENTECH CONSULTING, INC., a foreign corporation doing business in California; BACKGROUNDCHECKS.COM, a limited liability business in California; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 16-CV-0662-DMS-WVG<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT BACKGROUNDCHECKS.COM, LLC TO DISMISS SECOND AMENDED COMPLAINT UNDER RULE 12(b)(6)**<br><br>Date: April 8, 2022<br>Time: 1:30 pm<br>Courtroom: 13A<br>Judge: Hon. Dana M. Sabraw |

**TO THE CLERK OF COURT, THE HONORABLE U.S. DISTRICT COURT JUDGE, AND ALL PARTIES OF RECORD AND THEIR RESPECTIVE ATTORNEYS:**

PLEASE TAKE NOTICE THAT on April 8, 2022 at 1:30 p.m., in Courtroom 13A, Defendant backgroundchecks.com, LLC ("BGC"), hereby moves this Court for an order granting its Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities in Support thereof, the enclosed Declaration of Carmen Gomez in Support thereof, the papers on file in this matter, and all arguments or evidence presented at the hearing described above.

Dated:        February 4, 2022                TROUTMAN PEPPER HAMILTON
                                              SANDERS LLP


                                              By: /s/ Jessica Lohr
                                                  Jessica Lohr
                                                  Attorneys for Defendant
                                                  backgroundchecks.com, LLC