**DHF LAW, APC**
Devin Fok (SBN #256599)
devin@devinfoklaw.com
Ainat Kiewe (SBN #207439)
ainat@devinfoklaw.com
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Phone: (888) 651-6411
Fax: (818) 484-2023

**LAW OFFICE OF JOSEPH LEE**
Joseph Lee, Esq. (SBN#249435)
joseph@lawjoelee.com
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Phone: (626) 474-1120
Fax: (626) 899-4788

Attorneys for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, individually, on behalf of other similarly situated indivduals, and on behalf of the general public,<br><br>  Plaintiff,<br><br>v.<br><br>KENTECH CONSULTING, INC. a foreign corporation doing business in California, and DOES 1 – 10 inclusive,<br><br>  Defendants. | Case No.: 16-cv-0662-DMSWVG<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE ACTION**<br><br>Courtroom: 13A<br>Judge: Honorable Dana M. Sabraw |

NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff Virgina Abrogina and Defendant Kentech Consulting, Inc., (hereinafter the "Parties") by and through their respective counsel, hereby notify this Court that they have reached a settlement of all claims in this case. The Parties are in the process of drafting a settlement agreement which is expected to be finalized and executed shortly. Upon execution the Parties will file confirmation of the same hereby request that the trial be taken off calendar and all pending trial dates vacated.

Dated: November 14, 2023              **DHF LAW, P.C.**


                                      /s/ *Devin H. Fok*
                                      Devin H. Fok


                                      ATTORNEY FOR INDIVIDUAL AND
                                      REPRESENTATIVE PLAINTIFF


Dated: November 14, 2023              **MESSNER REEVES LLP**


                                      /s/ *Jeffrey Gillette*
                                      Jeffrey Gillette


                                      ATTORNEY FOR DEFENDANT