UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, as an individual, and on behalf of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>KENTECH CONSULTING, INC., a foreign corporation doing business in California; BACKGROUNDCHECKS.COM, a limited liability company doing business in California; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 16cv0662 DMS (BLM)<br><br>**ORDER VACATING DATES** |

In light of the parties' Notice of Settlement, the motion in limine hearing scheduled for November 21, 2023, and the trial scheduled for November 27, 2023, are vacated.

**IT IS SO ORDERED**.

Dated: November 15, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court