**DHF LAW, APC**
Devin Fok (SBN #256599)
devin@devinfoklaw.com
Ainat Kiewe (SBN #207439)
ainat@devinfoklaw.com
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Phone: (888) 651-6411
Facsimile: (818) 484-2023

**MESSNER REEVES LLP**
Kathleen Carter (SBN 157790)
KCarter@messner.com
Jeffrey Gillette (SBN 123346)
JGillette@messner.com
650 Town Center Drive, Suite 700
Costa Mesa, California 92626
Phone: (949) 612-9128
Facsimile: (949) 438-2304

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA, <br><br> Plaintiff, <br><br> v. <br><br> KENTECH CONSULTING, INC., a foreign corporation doing business in California; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 3:16-CV-0662-DMS(BLM) <br><br> **JOINT MOTION FOR DISMISSAL OF THE CASE WITH PREJUDICE** |

Pursuant to the November 14, 2023 Order Confirming Settlement and Setting Deadline to File Joint Motion for Dismissal, Plaintiff VIRGINIA ABROGINA and Defendant KENTECH CONSULTING, INC. (collectively, the "Parties") through

---
**-1-**
**JOINT MOTION FOR DISMISSAL OF THE CASE**

1 | their undersigned counsel, hereby respectfully file this joint motion for dismissal of
2 | the case with prejudice.

4 | Dated:  December 14, 2023      **LAW OFFICE OF JOSEPH LEE**

By: /s/ Joseph Lee
Joseph Lee

**DHF LAW, P.C.**
Attorneys for Plaintiff, Virginia Abrogina

10 | Dated:  December 14, 2023      MESSNER REEVES, LLP
Attorneys for Defendant, Kentech Consulting, Inc.

By:  */s/ Jeffrey Gillette*
Jeffrey R. Gillette

-2-
**JOINT MOTION FOR DISMISSAL OF THE CASE**