# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ABROGINA,<br><br>    Plaintiff,<br><br>v.<br><br>KENTECH CONSULTING, INC., a foreign corporation doing business in California; and DOES 1-10 inclusive,<br><br>    Defendants. | CASE NO. 3:16-CV-0662-DMS(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF THE CASE** |

The Court, finding good cause, grants the Parties' joint motion for dismissal of the case with prejudice. Accordingly, the case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: December 15, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court